UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Matthew Reece,

    Petitioner,

v.                                                  Civil No. 13-3124 (JNE/TNL)
                                                    ORDER

Commissioner of Human Services
Lucinda Jesson,

    Respondent.

---

Petitioner Matthew Reece is a patient at the St. Peter Regional Treatment Center in St. Peter, Minnesota. He is detained there under an order of civil commitment entered by a Minnesota state court in 2011. Mr. Reece brought this action by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

The case is now before the Court on a Report and Recommendation from the Honorable Tony N. Leung, United States Magistrate Judge. ECF No. 5. Magistrate Judge Leung recommends that the petition be denied and that this action be dismissed because Mr. Reece failed to exhaust his state remedies and his petition does not state any grounds for relief at all. Mr. Reece did not object to the Report and Recommendation.

The Court has conducted a de novo review of the record, D.Minn. L.R. 72.2(b), and now adopts the Report and Recommendation.

THEREFORE, IT IS ORDERED THAT:

1. Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [ECF No. 1] is DENIED.

2. This action is summarily DISMISSED.

3. A Certificate of Appealability is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 4, 2014

s/Joan N. Ericksen
The Honorable Joan N. Ericksen
United States District Judge